# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

BARBARA A. JARAMILLO,

    Plaintiff,

v.            CIV. No.  97-1696 JP/LFG

PLAINS ELECTRIC GENERATION AND
TRANSMISSION COOPERATIVE, INC.,

    Defendant.

## MEMORANDUM OPINION AND ORDER

On March 29, 1999, Plaintiff filed her motion under Rule 59(e) to alter or amend the judgment (Doc. No. 71).  Plaintiff requests modification of the Partial Summary Judgment entered March 16, 1999.  Specifically, Plaintiff requests that I omit the finding under Rule 54(b) that "there is no just reason for delay in the entry of final judgment" on Plaintiff's claims of harassment, hostile work environment, and retaliation.  Plaintiff argues that it would be in the interest of judicial economy to permit Plaintiff to pursue an appeal after the trial on her single remaining claim, thereby limiting the number of possible appeals in this case.  I agree that such a modification would be interest of judicial economy.  Consequently, Plaintiff's motion should be granted.

IT IS THEREFORE ORDERED that Plaintiff's "Rule 59 Motion to Alter or Amend the Judgment" (Doc. No. 71) is GRANTED and an Amended Partial Summary Judgment will be entered contemporaneously with the entry of this Memorandum Opinion and Order.


UNITED STATES DISTRICT JUDGE